# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MEDICAL SUPPLY CHAIN, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 02-2539-CM** |
| | ) | |
| **US BANCORP, NA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## JUDGMENT

This matter is before the court on defendants' unopposed Motion for Attorney Fees (Doc. 54) that were incurred in opposing plaintiff's appeal of this Court's June 16, 2003 Order dismissing plaintiff's Amended Complaint. The court has reviewed defendants' affidavit and detailed billing records submitted in support of their Motion. After review, defendants' request for attorney fees is granted as set forth in this court's Memorandum and Order dated May 13, 2005 (Doc. 63).

**IT IS THEREFORE ORDERED** that defendants' Motion for Attorney Fees (Doc. 54) is granted. Judgment is hereby entered in favor of defendants and against plaintiff in the amount of $23,956.00 in attorney fees.

Dated this 9th day of June, 2005, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**